170 A.3d 298

**MUA**

v.

**CALIFORNIA CASUALTY INDEMNITY EXCHANGE**

**Pet. Docket No. 212, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Dismissed by the Court of Special Appeals (No. 1534, Sept.Term, 2016).

Petition for writ of certiorari denied

170 A.3d 298

**SARTOR**

v.

**FREED PHOTOGRAPHY**

**Pet. Docket No. 195, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

(No. 9483D, Circuit Court for Montgomery County.)

Petition for writ of certiorari denied